■ Wayne County Foods, Inc., Respondent, v Ahava Dairy Products Corp., Appellant. [659 NYS2d 731] —Order, Supreme Court, Bronx County (Barry Salman, J.), entered May 30, 1996, which denied defendant's motion for a change of venue from Bronx County to Kings County, unanimously affirmed, with costs.

The motion was properly denied in absence of a showing of how the six identified witnesses would be inconvenienced by having to travel from Kings County to Bronx County (*cf., Rodriguez v Ryder Truck Rental*, 100 AD2d 811). Concur—Sullivan, J. P., Rosenberger, Wallach, Rubin and Andrias, JJ.